22 A.3d 1020

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Jeffrey Michael BORRIN, Respondent.**

Supreme Court of Pennsylvania.

June 21, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 21st day of June 2011, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner is:

Whether the Superior Court erred in reversing the trial court's order correcting a clerical error and clarifying the court's judgment of sentence?